Dismissed and Memorandum Opinion filed September 25, 2003









Dismissed and
Memorandum Opinion filed September 25, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00364-CV

____________

 



CATHY RODRIGUEZ, Appellant

 

V.

 



MARY VAN ORMAN and LAURA D. DALE, Appellees

 



 

On
Appeal from the 311th District Court

Harris
County, Texas

Trial
Court Cause No. 95-31502

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed February 28,
2003.  On September 17, 2003, appellant
filed a motion to dismiss the appeal.  See
Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed September 25, 2003.

Panel consists of Chief Justice
Brister and Justices Anderson and Seymore.